Name TUNG DUY NGUYEN
Street Address 7438 50th Street
City and County Sacramento, CA. 95828
State and Zip Code Sacramento, 95828
Telephone Number (916) 704-3017



FILED

APR 21 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA



~~Internal Revenue Service~~
TUNG DUY NGUYEN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Internal Revenue Service

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case Alleging Negligence**
(28 U.S.C. § 1332; Diversity of Citizenship)

Case No. 2:25-CV-1152-DC-AC (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: TUNG DUY NGUYEN
   Street Address: 7438 50th Street
   City and County: Sacramento County
   State and Zip Code: CA 95828
   Telephone Number: (916) 704-3017
   E-mail Address: marcusnguyen916@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Internal Revenue Service
   Job or Title (if known): (Whistleblower Office) - ICE
   Street Address: 1973 N Rulon White Blvd.
   City and County: M/S 4110
   State and Zip Code: Ogden, UT 84404
   Telephone Number: 1 (800) 366-4484
   E-mail Address (if known):

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

2

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

Defendant No. 3

Name  _____

Job or Title
(if known)  _____

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

Defendant No. 4

Name  _____

Job or Title
(if known)  _____

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address
(if known)  _____

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. **The Plaintiff(s)**

   1. If the plaintiff is an individual

      The plaintiff, (name) TUNG Duy NGUYEN, is a citizen of the State of (name) California.

   2. If the plaintiff is a corporation

      The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. **The Defendant(s)**

   1. If the defendant is an individual

      The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

   2. If the defendant is a corporation

      The defendant, (name) Internal Revenue Service, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____., and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. **The Amount in Controversy**

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. 7438 50th Street

On (date) 4/21/2025, at (place) Sacramento, CA. 95828, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Violation of Civil Liberties and constitutional Rights. Seeking Punitive Damages.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Punitiv Damage. Civil Liberties and Careers.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages

5

claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive Damage seeking $1,000,000.00.
_____
_____
_____

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/21, 2025

Signature of Plaintiff   *Tu Nguyen*
Printed Name of Plaintiff   TUND Duy NGUYEN