UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG DUY NGUYEN, | No. 2:25-cv-1152 DC AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| INTENRAL REVENUE SERVICE, | |
| Defendant. | |

     Plaintiff, appearing in pro se, filed a complaint (ECF No. 1) and paid the filing fee. See Docket Entry dated June 23, 2025. The day that plaintiff paid the filing fee, a summons and scheduling order was issued in this case directing plaintiff to serve a copy of the scheduling order and complete service of process within 90 days of filing the complaint. ECF Nos. 5, 6. Plaintiff was cautioned that failure to complete service within 90 days may result in dismissal pursuant to Fed. R. Civ. P. 40(m). Id.

     On August 11, 2025, plaintiff filed a "Return of Service" document stating that he sent service documents by "UPS Next Day Air" for signature delivery. ECF No. 9 at 1. He attaches a "Proof of Delivery" document displaying a tracking number, and a copy of the receipt says the documents were shipped to "Whistleblower Office -ICE, 1973 H Rulon White Blvd" in Ogden, Utah. Id. at 2. The confirmation states that it was "received by IRS SCAMPS." Id.

     Plaintiff's proof of service indicates that service was not effective on defendant. The

Internal Revenue Service is an agency of the United States Government. Federal Rule of Civil Procedure 4(i) outlines the rule for serving the United States, as well as its agencies and employees. The Rule requires a plaintiff to take three steps:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i).

The Attorney General has designated the Assistant Attorney General for Administration, Justice Management Division, to accept service of summonses and complaints. 28 C.F.R. § 0.77(j). The U.S. Department of Justice is located at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. The United States Attorney for the district where the action is brought (the Eastern District of California) can be served at 501 I Street, Suite 10-100, Sacramento, CA 95814.

It is apparent the plaintiff has not followed the instructions in Rule 4(i). Thus, plaintiff is ORDERED to properly complete service. Plaintiff must file a notice with the court affirming that service has been properly completed. Local Rule 110 provides that failure to comply with court orders or the Local Rules may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than September 26, 2025, why this action should not be dismissed for failure to prosecute;

2. Plaintiff's filing of proper proofs of service upon defendants will be deemed good cause shown; and

////

3.  If plaintiff fails to comply with this order, the case will be dismissed without prejudice for failure to prosecute.

DATED: August 26, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE