UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TING DUY NGUYEN, | No. 2:25-cv-1152 DC AC PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se and paid the filing fee. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On August 11, 2025, the court issued an Order to Show Cause explaining to plaintiff that service on defendant was overdue and had not been properly completed. ECF No. 10 at 1. The undersigned explained how to complete service on an agency of the United States Government and instructed plaintiff to properly complete service no later than September 26, 2025. Id. at 2.

Plaintiff responded to the Order to Show Cause on September 2, 2025. ECF No. 11. The response does not address the issue of service. Instead, plaintiff explains that the Secret Service has, for the past six years, been using brain-computer interface AI technology to "harass and disturb the mind with torturing sounds." Id. at 2. Plaintiff asserts that the brain-interface AI system has "tormented me with death threats" and that this technology is "not just for surveillance

1

and reading your thoughts, they also blast sounds to the mind and shocks to your brain." Id. Because plaintiff has not successfully served the defendant, this case must be dismissed for failure to prosecute. Given the contents of plaintiff's response to the order to show cause, the court concludes that further opportunities to attempt service would be futile.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without service on defendant, the court finds the factors weigh in favor of dismissal.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE