UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG DUY NGUYEN,<br><br>           Plaintiff,<br><br>      v.<br><br>INTERNAL REVENUE SERVICE,<br><br>           Defendant. | No. 2:25-cv-01152-DC-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 12, 14, 15) |

Plaintiff Tung Duy Nguyen, proceeding *pro se*, filed the above-entitled action. The matter was referred to the magistrate judge pursuant to Local Rule 302(c)(21).

On October 6, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (Doc. No. 12.) On October 23, 2025, Plaintiff filed a letter to the magistrate judge to explain his case and request that the case be heard. (Doc. No. 14.) On December 5, 2025, Plaintiff filed a "motion for the continuation of his case" requesting his case not be dismissed "due to the fact that the IRS and the IRS Whistleblower Office have violated [his] civil liberty." (Doc. No. 15.) The court has considered those filings and does not find any basis upon which to reject the findings and recommendations recommending that this case be dismissed due to Plaintiff's failure to prosecute this case and comply with a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 6, 2025 (Doc. No. 12) are ADOPTED IN FULL;
2. This action is dismissed without prejudice for lack of prosecution and failure to comply with the court's order;
3. Plaintiff's request in his October 23, 2025 letter (Doc. No. 14) is DENIED;
4. Plaintiff's motion for the continuation of his case (Doc. No. 15) is DENIED; and
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 11, 2025**

Dena Coggins
United States District Judge